**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **Maria Carmella Storione** | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-10680 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw Trustee's Objection to Confirmation of Plan filed on August 21, 2024. Docket entry #21.

Respectfully submitted,

September 17, 2024

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee